IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 16-3068 JB |
| | ) | |
| **JAMES EDWARDS**, | ) | |
| | ) | |
| Defendant. | ) | |

## **UNITED STATES' WITNESS LIST**

The United States respectfully submits the following list of anticipated witnesses, which may be called at trial and requests permission to amend such list to include additional witnesses as may become necessary prior to and during trial:

1. Valerie Shutiva
2. Amelia Garcia
3. Vernelle Chase
4. Patrick O'Connor
5. James Sanchez
6. Abel Miller
7. Special Agent Marcelino Toersbijns, Bureau of Indian Affairs – Office of Justice Services
8. Santa Fe County Adult Detention Center, Custodian of Records for Jailhouse Calls

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Electronically filed on May 26, 2017*
NICHOLAS J. MARSHALL
NOVALINE D. WILSON
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 224-1517

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

*/s/*
NICHOLAS J. MARSHALL
Assistant United States Attorney