IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　No. 1:16-CR-3068 JB

JAMES EDWARDS,

    Defendant.

## CERTIFICATE OF SERVICE

I certify that, on June 29, 2017, Defendant served witness Vernelle Chase with a Subpoena to Testify at Trial, via hand delivery at the United States Attorney's Office.

        Respectfully submitted,

        /s/ *Nicole Moss, Attorney at Law*
        Nicole Moss
        201 12th St. NW
        Albuquerque, NM 87102
        (505) 244-0950

        /s/ *Marshall Ray, Attorney at Law*
        Marshall Ray
        201 12th St. NW
        Albuquerque, NM 87102
        (505) 312-7598