IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 16-CR-3068 JB |
| vs. | ) | |
| **JAMES EDWARDS**, | ) | |
| Defendants. | ) | |

UNITED STATES' EXHIBIT LIST

The United States respectfully submits the following list of anticipated exhibits, which may be used at trial and requests permission to amend such list to include additional exhibits as may become necessary prior to and during trial.

In addition, the United States reserves the right to offer any exhibit offered by the Defendant or necessary for rebuttal. Moreover, the United States has not yet been provided copies of any exhibits the defendant anticipates offering at trial. The United States therefore reserves the right to make any objections to those exhibits.

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 1 | | | | | | Text message from 12/26/2014 |
| 2 | | | | | | Text message from 1/1/15 |
| 3 | | | | | | Text message from 1/2/15 |
| 4 | | | | | | Text message from 1/13/15 |
| 5 | | | | | | CD from Cellbrite of phone call and text logs |
| 6 | | | | | | CD containing Defendant's audio recorded statement to law enforcement |
| 7 | | | | | | Transcript of Defendant's audio recorded statement |
| 8 | | | | | | Stipulation Re: Indian Country and Indian Status |
| 9 | | | | | | Drawing of Defendant's Living room by V.S. |
| 10 | | | | | | Drawing of Defendant's Living room by Defendant |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 11 | | | | | | Defendant's recorded jail call – 8/28/2016 |
| 12 | | | | | | Defendant's recorded jail call – 9/6/2016 |
| 13 | | | | | | Defendant's recorded jail call – 9/13/2016 |
| 14 | | | | | | Defendant's recorded jail call – 9/18/2016 |
| 15 | | | | | | Defendant's recorded jail call – 9/20/2016 |
| 16 | | | | | | Defendant's recorded jail call – 9/23/2016 |
| 17 | | | | | | Defendant's recorded jail call – 11/21/2016 |
| 18 | | | | | | CD containing redacted audio-recorded jail calls |
| | | | | | | |

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed on 07/04/17*
NICHOLAS J. MARSHALL
NOVALINE D. WILSON
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendants.

 /s/
Nicholas J. Marshall