IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 16-3068 JB

JAMES EDWARDS,

    Defendant.

## VERDICT

WE, THE JURY, find the Defendant, **JAMES EDWARDS**, __NOT GUILTY__
(guilty or not guilty)
of aggravated sexual abuse as charged in the indictment.

Dated this 7 day of July, 2017

_____
FOREPERSON

*FILED — UNITED STATES DISTRICT COURT, ALBUQUERQUE, NEW MEXICO, JUL 07 2017, MATTHEW J. DYKMAN, CLERK*